People v Wilson (2022 NY Slip Op 03675)

People v Wilson

2022 NY Slip Op 03675

Decided on June 3, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 3, 2022

PRESENT: WHALEN, P.J., SMITH, PERADOTTO, CURRAN, AND BANNISTER, JJ. (Filed June 3, 2022.) 

MOTION NO. (607/21) KA 19-00168.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
EARL J. WILSON, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.